1 | Joseph R. Manning, Jr., Esq.  (State Bar No. 223381)
2 | Michael J. Manning, Esq. (State Bar No. 286879)
  | Craig G. Cote. Esq. (State Bar No. 132885)
3 | ADAPracticeGroup@manninglawoffice.com
  | **MANNING LAW, APC**
4 | 4667 MacArthur Blvd., Suite 150
  | Newport Beach, CA 92660
5 | Tel: 949.200.8755
  | Fax: 866.843.8308

6 | *Attorneys for Plaintiff*
  | JAMES RUTHERFORD

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, | Case No.:  5:18-cv-02037-AB-SPx |
| Plaintiff, | Hon. Andre Birotte Jr. |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |
| PACO'S TACOS, a business of unknown form; KAMALEDDIN ABDOLRAHIMI AND MARY VOSOUGHI, as individuals and as husband and wife as joint tenants, a California limited liability company; and DOES 1-10, inclusive, | Complaint Filed: September 24, 2018
Trial Date: None |
| Defendants. | |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff James Rutherford ("Plaintiff") requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own expert fees, costs and expenses and attorneys' fees.

Respectfully submitted,

DATED : December 4, 2018

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    James Rutherford

## CERTIFICATE OF SERVICE

I certify that on December 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

                              Respectfully submitted,

Dated: December 4, 2018              **MANNING LAW, APC**

By:   */s/ Joseph R. Manning, Jr., Esq.*
       Joseph R. Manning, Jr., Esq.
       Attorney for Plaintiff,
       James Rutherford